(Del. Rev. 11/14) Pro Se General Complaint Form

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

:thomas-martin:. napple:

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

Civ. Action No. 22 - 1612 - ᵀ
(To be assigned by Clerk's Office)

-against-

Michael Sweeney (private citizen)
Jack McNiff (private citizen) PAUL Margiotta -
Christopher Vergano - J. Rooney (private citizen)
Criger's Auto Tow - Peter Weiss - Steve Vettri

*(In the space above enter the full name(s) of the defendant(s).*
*If you cannot fit the names of all of the defendants in the*
*space provided, please write "see attached" in the space*
*above and attach an additional sheet of paper with the full list*
*of names. The names listed in the above caption must be*
*identical to those contained in Section I. Do not include*
*addresses here.)*

**COMPLAINT**
(Pro Se)

Jury Demand?
☒ Yes of my peers
☐ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se General Complaint Form

## I.   PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff:   hApple. ; Thomas-martin
            Name (Last, First, MI)

            P.O. Box 923
            Street Address

            Sussex Co. Millsboro, DE [19966] zip exempt.
            County, City        State      Zip Code

            973-919-7310               Tomh@SPORTSBEEP.com
            Telephone Number           E-mail Address (if available)

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:   Sweeney, MichAel
              Name (Last, First)

              c/o 475 VAlley RD.
              Street Address

              PASSAIC Co. WAYNE, NJ.  07470
              County, City        State      Zip Code

Defendant 2:   McNiff, Jack
              Name (Last, First)

              475 VAlley RD.
              Street Address

              PASSAIC Co, WAYNE, NJ.  07470
              County, City        State      Zip Code

(Del. Rev. 11/14) Pro Se General Complaint Form

### Defendant(s) Continued

Defendant 3: _MARGIOTTA, Paul_
Name (Last, First)

_c/o 475 VALLEY RD_
Street Address

_PASSAIC CO.    WAYNE, NJ    07470_
County, City          State          Zip Code

Defendant 4: _VERGANO, CHRISTOPHER_
Name (Last, First)

_c/o 475 Valley RD_
Street Address

_PASSAIC CO, WAYNE, NJ    07470_
County, City          State          Zip Code

## II.    BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☒ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☒ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☒ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

_____

_____

_____

_____

(Del. Rev. 11/14) Pro Se General Complaint Form

## III.    VENUE

*This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

I currently Live in Millsboro DE and I am the victum.

## IV.    STATEMENT OF CLAIM

Place(s) of occurrence:    WAYNE, NEW JERSEY, 07470

Date(s) of occurrence:    06/03/2022    7:27pm

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

What happened to you?

My Constitutional Right were and continue To Be violated, (see attached list of violations) All "under the color of Law" UCC 18 § 241-242. THEy (Defendants) collaborated to violate my Rigts.

Page **4** of **8**

(Del. Rev. 11/14) Pro Se General Complaint Form

I HAVE INVOICE most of THE defendants and I am about To invoice the remaining under GAAP BANKING Rules. all have Refused to respond to my INVOICES and now I am aware of a CONSPIRACY against myself + my Family (as well as every other (people) They come across.

Was anyone else involved?

THOMAS EDWARD Martin HAPPIE 328 Belleville Ave Bloomfield, N.J. 07003

(Del. Rev. 11/14) Pro Se General Complaint Form

Who did
what?

OFFICER SWEENY Pull over My TRUCK, while my (SON) Property THomas.E.M. Happle was Traveling. Officer Sweeny "Ran" the plates, UNlAWfully, to discover That NJ! supended my registration Because " I didn't Tell them I Switched Insurance Companies "

a UNlAWfull Stop arresting My SON and stealing My truck.

(Del. Rev. 11/14) Pro Se General Complaint Form

## V.    INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

My Son was Kidnapped for Several, additional threats of additional funds & penalties Have been sent and continue to Be sent.

## VI.    RELIEF

The relief I want the court to order is:

☐    Money damages in the amount of:  $ 7,000,000.00

☐    Other (explain):

(Del. Rev. 11/14) Pro Se General Complaint Form

## VII.    CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

12-20-2022
Dated

thomas-martin-happle autograph
Plaintiff's Signature

HAPPLE    THOMAS    M.
Printed Name (Last, First, MI)

P.O. Box 923    Millsboro, DE    19966
Address                City                State    Zip Code

973-919-7310
Telephone Number

TomH@sportsbeep.com
E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

Defendant

John Meola  superior
c/o Passaic County Court
77 Hamilton St.
PATERSON, NJ. 07505 —
Passaic CO.

PMA COMPANIES
380 SENTRY PARKWAY
P.O. BOX 3031
Blue Bell, PA. 19422 -
Montgomery County -