# NOTICE

## Claim of Damages/Transgression Fee Schedule of
## Thomas Martin Happle
## Trustee of the Cornerstone Family God Trust

I, Thomas Martin, Happle, a living flesh, and blood man, charge these fees for violations of my God-given rights. This is a copy of my TRUE BILL in commerce.

I swear under penalty of perjury these fees will be billed to any transgressor of my rights. I demand restitution to be paid to me in legal tender .999 one ounce silver coin or credited to my account no later than 14 days upon receipt of my true bill.

By silence, Respondent(s) have agreed to the following PROOF OF CLAIM(S), for determining/calculating actual and compensatory damages due me, Thomas Martin Happle

PROOF OF CLAIM, *"actual"* or *"compensatory damages"* in actions/claims for false arrest and/or false imprisonment have been established at 25,000 USD per twenty-three (23) minutes, 1,600,000 USD per day. Punitive damages may be set by the injured party; and specifically, the Undersigned as the injured party within the above referenced alleged Criminal Case/Cause. [See: *Trezevant v. City of Tampa, 741 F.2d 336 (1984),* wherein damages were set as 25,000 USD per twenty-three 23 minutes in a false imprisonment case.]

PROOF OF CLAIM: The above cited case; i.e., Trezevant v. City of Tampa, can be utilized by the Undersigned in determining actual/compensatory damages should Respondent(s) agree the Undersigned has been falsely imprisoned; and, Respondent(s) can provide any valid, lawful, and reasonable objection as to why it should not, or cannot, be so utilized and applied in this matter.

Furthermore;

I, Thomas Martin Happle, have under the 9th and 10th Amendment AUTHORITY TO IMPOSE FINES (DAMAGES) CAUSED BY CRIMES BY GOVERNMENT OFFICERS, CITIZENS OF THE CORPORATIONS: PERPETRATORS INCLUDING AUTHORIZING BODIES, CAPTAINS, CHIEFS, SUPERVISORS, EMPLOYERS, AGENTS, CLERKS, ADMINISTRATORS, JUDGES, OR ANY PERSON WHO VIOLATES MY RIGHTS.

These Damages, in part, were determined by GOVERNMENT itself for the violation listed: Emoluments Violations – 18 U.S.C. §§§ 241, 242, 643, / 28 U.S.C. § 1927, / 29 U.S.C. § 1109

EXECUTIVE ORDER 13818 ON HUMAN TRAFFICKING, (Public Law 114-328) section 212(f), 8 U.S.C. 1182(f), (INA), 3 U.S.C. section 301, 28 U.S.C. §§ 1608, 1330 / Qui Tam 31 U.S. Code, § 3730(b)(c).

| Breach | Penalty | Authority |
|---|---|---|
| A-VIOLATION OF OATH OF OFFICE: | $250,000.00 | 18 USC 3571, 28 USC 3002(15) |
| B-ARMED ABUSE OF OFFICE: | $200,000.00 | |
| C-ARMED ABUSE OF AUTHORITY: | $200,000.00 | |
| C-CONSPIRACY TO DEPRIVE ME OF LIFE LIBERTY | | |
| OR PROPERTY | $250,000.00 | per PERSON per event |
| D-ARMED USE OF EMERGENCY LIGHTING | $5,000.00 | |
| IN A NON-EMERGENCY: | $200,000.00 | |
| E-ARMED USE OF EMERGENCY SIREN | | |
| IN A NON-EMERGENCY: | $200,000.00 | |
| F-ARMED ASSAULT AND BATTERY: | $200,000.00 | |
| G-ARMED THREAT OF VIOLENCE: | $200,000.00 | |
| H-ARMED COERCION: | $200,000.00 | |
| I-DENIED PROPER WARRANT(S): | $250,000.00 | 18 USC 3571 |
| J-DENIED RIGHT OF REASONABLE | $250,000.00 | |
| DEFENSE ARGUMENTS: | $250,000.00 | 18 USC 3571 |
| K-DEFENSE EVIDENCE (RECORDS): | $250,000.00 | 18 USC 3571 |
| L-DENIED RIGHT TO TRUTH IN EVIDENCE: | $250,000.00 | 18 USC 3571 |
| M-ARMED VIOLATION OF DUE PROCESS: | $200,000.00 | |
| N-SLAVERY (Forced Compliance to contracts not held): | $250,000.00 | 18 USC 3571 |
| O-DENIED PROVISIONS IN THE CONSTITUTION: | $250,000.00 | 18 USC 3571 |
| P-ARMED TREASON, WAR AGST AMERICANS: | $250,000.00 | 18 USC 3571 |
| Q-GENOCIDE AGAINST HUMANITY: | $1,000,000.00 | 18 USC 1091 |
| R-APARTHEID: | $1,000,000.00 | |
| S-ARMED DEPRIVATION OF RIGHTS | $2,000,000.00 | |
| UNDER COLOR OF LAW: | $200,000.00 | 18 USC 242 |
| T-EMOTIONAL DISTRESS: | $200,000.00 | 32 CFR 536.77(a)(3)(vii) |

| | | |
|---|---|---|
| YY-ARMED CONSPIRACY AGAINST RIGHTS: | $200,000.00 | 18 USC 241 |
| ARMED CRIMINAL EXTORTION/ | $250,000.00 | |
| ZZ-ECONOMIC OPPRESSION: | $200,000.00 | 18 USC 141, 872, 25 CFR 11.417 |
| AB-ARMED EXTORTION OF RIGHTS: | $200,000.00 | Title 15 |
| AC-ARMED ROBBERY: | $200,000.00 | |
| AD-ARMED THEFT BY FORCED REGISTRATION: | $200,000.00 | |
| AE-MAIL THREATS: | $5,000.00 | 18 USC 876 |
| AF-MAIL FRAUD: | $10,000.00 | 18 USC 1341 |
| AG-ARMED FRAUD: | $10,000.00 | 18 USC 1001 |
| AH-ARMED VIOLATION OF LIEBER CODE AGAINST NON-COMBATANTS: | $200,000.00 | |
| AI-ARMED WRONGFUL ASSUMPTION OF STATUS/STANDING: | $200,000.00 | |
| AJ-ARMED FALSIFICATION OF DOCS/RECORD: | $10,000.00 | 18 USC 1001, 26 USC 7701(a)(1) |
| AK-ARMED FICTITIOUS OBLIGATIONS: | $200,000.00 | 18 USC 514 |
| AL-ARMED PERJURY: | $2,000.00 | 18 USC 1621 |
| AM-ARMED SUBORDINATION OF PERJURY: | $2,000.00 | 18 USC 1622 |
| AN-To determine multiply no. of counts by damage | | |
| AO-ARMED RACKETEERING (Criminal, Felony): | $200,000.00 | 18 USC 1961-1968 |
| AP-ARMED RACKETEERING (Civil): | $200,000.00 | |

AQ-Wages Taken $x3 (as applies to18 USC 1964 (c))

(Sustained Damages [total] x3)

The lien debtors will be responsible for any IRS obligations resulting from the discharge or cancellation of any debts, as well as earned income resulting from accepted settlements.

Dealing with claims of "Immunity": Any claim of "Immunity" is a fraud, because if valid, it would prevent removal of officials from office for crimes against the people. Such removal is authorized (mandated) under U.S. Constitution Article 2, Section IV; as well as 18 USC 241, 42 USC 1983, 1985, 1986, and other state Constitutions.  Precedents of Law established by Court cases that are in violation of the law, void.

| | | |
|---|---|---|
| U-MENTAL ANGUISH ABUSE: | $200,000.00 | 42 CFR 488.301 |
| V-PEONAGE (Felony): | $200,000.00 | 18 USC 1581, 42 USC 1994 |
| W-UNLAWFUL INCARCERATION: | $200,000.00 | |
| X-MALICIOUS PROSECUTION: | $200,000.00 | |
| Y-DEFAMATION OF CHARACTER: | $200,000.00 | |
| Z-SLANDER: | $200,000.00 | |
| AA-LIBEL: | $200,000.00 | |
| BB-ARMED TRESPASS: | $200,000.00 | |
| CC-NEGLECT/FAILURE TO PROTECT/ACT: | $200,000.00 | 18 USC 1621, 42 USC 1986 |
| DD-ARMED GANG PRESSING: | $200,000.00 | |
| EE-ARMED LAND PIRACY/PLUNDER: | $200,000.00 | |
| FF-UNAUTHORIZED BOND PRODUCTION: | $200,000.00 | |
| GG-ARMED FORGERY: | $200,000.00 | |
| HH-ARMED EMBEZZLEMENT: | $200,000.00 | |
| II-GENOCIDE: | $1,000,000.00 | |
| JJ-ARMED STALKING: | $200,000.00 | |
| KK-ARMED IMPERSONATING A PUB OFFICIAL: | $200,000.00 | |
| LL-ACTING AS AGNTS OF FOREIGN PRINCIPLES: | $200,000.00 | 18 USC 219 |
| MM-ARMED TORTURE: | $200,000.00 | |
| NN-ARMED OPERATING STATUTES W/O BOND: | $200,000.00 | |
| OO-EXPLOIT. OF LEGAL JUSTICE MINORITY GRP | $500,000.00 | |
| BY-BAR CLOSED UNION COURTS- CIVIL RIGHTS: | $1,000,000.00 | |
| PP-BAR VIOLATION OF ANTI-TRUST LAWS: | $200,000.00 | |
| QQ-ICTITIOUS CONVEYANCE OF LANGUAGE: | $200,000.00 | Chap. 2b 78FF |
| RR-MISAPPROPRIATION OF TAXPAYER FUNDS: | $200,000.00 | 18 USC 641-664 |
| VIOLATIONS OF THE UNIVERSAL DECLARATION OF HUMAN RIGHTS | | |
| SS-ARMED BREACH OF TRUST: | $200,000.00 | |
| TT-ARMED DISTURBING THE PEACE: | $200,000.00 | |
| UU-ARMED KIDNAPPING: | $200,000.00 | 18 USC 1201 |
| VV-ARMED MALFEASANCE/MALPRACTICE: | $200,000.00 | 22 CFR 13.3 |
| WW-ARMED MISREPRESENTATION/PERSONAGE: | $200,000.00 | |
| XX-MIS-PRISON OF FELONY: | $500.00 | 18 USC 4 |

All my sworn facts are true and correct to the best of my memory and all statements are made in good faith and sworn to under penalty of perjury in common law.

I reserve all my God-given rights

_____my autograph, my seal

Thomas Martin Happle, beneficiary and sole heir of the THOMAS MARTIN HAPPLE OR ANY DERIVATIVE thereof trust, is an honorable living, ~~Californian~~, American National, man created in the image of YHWH, see Genesis 1:26, 27.          address 328 Belleville Ave., Bloomfield, New Jersey Zip Exempt Near [07003]

As Notary and Jurat Certificate

Delaware   State

_____County

Before me today, I_____, a Notary Public, on this day of_____, 20_____, personally appeared Thomas Martin Happle, who proved to  me necessary identification to be the man stated above.  I witnessed his autograph of this document known as: Claim of Damages/Transgression fee schedule


_____          (seal)

Public Notary