RECEIPT FOR AO FORM 85 AND AO FORM 85A

United States District Court for the District of Delaware

Civil Action No. **22 - 1 6 1 2 -**

# ACKNOWLEDGMENT OF RECEIPT FOR:

### AO FORM 85, NOTICE, CONSENT, AND REFERENCE OF A CIVIL CASE TO A MAGISTRATE JUDGE,

### AND

### AO FORM 85A, NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE.

I hereby acknowledge receipt of ___/___ copies of AO forms 85 and 85A.

12 - 20 - 2022
(Date forms provided)

_thomas-marten-happle_
(Signature of person receiving forms)

THOMAS M HAPPLE
(Printed name of recipient/name of firm)

NOTE:

Signed receipt form will be filed and docketed.