OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

John A. Cerino
CLERK

844 N. King Street, Unit 18
Wilmington, Delaware 19801
(302) 573-6170
www.ded.uscourts.gov

RE:   C.A.#_____**22 - 1 6 1 2**_____

CASE CAPTION: _____ v. _____

## ACKNOWLEDGEMENT OF RECEIPT FOR F.R.Civ.P. 4

I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received _12-20-2022_    Signed: _thomas-marton-napple_
by Plaintiff:                           Pro Se Plaintiff

Date Received_____    Signed: _____
by Clerk's Office:                      Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

CLERK
US DISTRICT COURT
844 N. KING STREET, UNTIL 18
WILMINGTON, DE 19801

If applicable, Rule 4 mailed to plaintiff:

_____
Date mailed

_____
By: Deputy Clerk

NOTE: Intake Clerk: Scan and docket as:
ACKNOWLEDGMENT OF RECEIPT